FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 MAY -4  PM 12: 03

UNITED STATES OF AMERICA

v.   CASE NO. 6:22-CR-72-PGB-EJK
     8 U.S.C. § 1326(a) and (b)(2)

FRANCISCO ESCOBAR

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 27, 2019, in the Middle District of Florida, the defendant,

FRANCISCO ESCOBAR,

being an alien of the United States, who previously had been convicted of a felony offense, including:

Armed Robbery, on or about June 27, 2005,

and was thereafter deported, excluded, and removed from the United States on or about January 26, 2009, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(2).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: For: _____
Amanda S. Daniels
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

2

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

FRANCISCO ESCOBAR

## INDICTMENT

Violation:

8 U.S.C. § 1326(a) and (b)(2)

A true bill,



Foreperson

Filed in open court this 4th day of May, 2022.

_____
Clerk

Bail   $_____

GPO 863 525