UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-00072-PGB-EJK

FRANCISCO ESCOBAR

**<u>NOTICE OF RELATED ACTION</u>**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ IS related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

6:19-mj-1376 (Criminal Complaint)

☐ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Dated: May 16, 2022

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Amanda S. Daniels*
Amanda S. Daniels
Assistant United States Attorney
Florida Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: amanda.daniels@usdoj.gov

U.S. v. FRANCISCO ESCOBAR            CASE NO. 6:22-cr-00072-PGB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Todd Doss
Assistant Federal Defender

/s/ Amanda S. Daniels
Amanda S. Daniels
Assistant United States Attorney
Florida Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: amanda.daniels@usdoj.gov