AO 442 (Rev.11/11) Arrest Warrant

FID # 10898405

FILED
2022 MAY 13 PM 1:58

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| FRANCISCO ESCOBAR | ) Case No. 6:22-cr-72-PGB-EJK |
| Defendant | ) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   FRANCISCO ESCOBAR

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Illegal re-entry by deported alien after felony conviction, in violation of 8 U.S.C. § 1326(a) and (b)(2).

Date: 5/4/2022

*Issuing officer's signature*

Elizabeth Warren, Clerk of Court
United States District Court
*Printed name and title*

City and state:   Orlando, Florida

### Return

This warrant was received on *(date)* 5-4-22, and the person was arrested on *(date)* 5-12-22
at *(city and state)* Orlando, Florida
Date: 5-12-22

*Arresting officer's signature*

Mark Annotti, Deportation Officer
*Printed name and title*